IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY CARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1295 |
| ) | Judge Trauger |
| FEDERAL NATIONAL MORTGAGE, ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| v. ) | |
| ) | |
| BEVERLY CARR, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| v. ) | |
| ) | |
| ) | |
| CHASE BANK USA, N.A., ) | |
| ) | |
| Third-Party Defendant. ) | |

**O R D E R**

It is hereby ORDERED that the original detainer action that was removed to this court is hereby **REMANDED** to the General Sessions Court of Davidson County, Tennessee for further proceedings.

It is so **ORDERED**.

ENTER this 8th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge