IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEVERLY CARR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL NATIONAL MORTGAGE, ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) <br> ) <br> v. ) <br> ) <br> BEVERLY CARR, ) <br> ) <br> Third-Party Plaintiff, ) <br> v. ) <br> ) <br> ) <br> CHASE BANK USA, N.A., ) <br> ) <br> Third-Party Defendant. ) | Civil No. 3:12-1295 <br> Judge Trauger |

**O R D E R**

It is hereby ORDERED that the original detainer action that was removed to this court is hereby **REMANDED** to the General Sessions Court of Davidson County, Tennessee for further proceedings.

It is so **ORDERED**.

ENTER this 8th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge